LEE *vs.* STATE.

MURDER, FROM MARION. Criminal Law. Verdict. (Before Judge Wiilis.)

Blandford, J.--1. In a criminal case the *corpus delicti* should be established beyond a reasonable doubt, or a conviction should not be had.

2. In this case the evidence was not sufficient to show that the child, for whose murder the defendant was indicted, came to its death at the defendant's hands.

Judgment reversed.

J. S. McCorkle; Miller & Butt; Willis & Mathews, for plaintiff in error.

Clifford Anderson, attorney general, by J. H. Lumpkin; Thos. W. Grimes, solicitor general, by J. M. McNeill, for the state.

---

JURY ARGUMENTS—COMMENTS OF COUNSEL ON EXCLUDED EVIDENCE.

---

In Marble *vs.* Walters, before the Supreme Court of Missouri, October, 1885, the court reversed judgment for error in permitting counsel, against objection, to repeat to the jury and argue therefrom testimony offered and excluded, notwithstanding an instruction to the jury to disregard such testimony. The court remarked: " One of the chief objections urged against the jury system by its opponents is the frequent inclination of the average juror to discriminate between the requirements of law and his own ideas of natural right and justice. It is alleged that where a strong sentiment appears in antagonism with a rule